EDWARD J. DAUBER, ESQ. (ED9360)
GREENBERG DAUBER EPSTEIN & TUCKER
A Professional Corporation
One Gateway Center, Suite 600
Newark, New Jersey 07102
(973) 643-3700
Attorney for Defendant Philip Porteus

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PHILIP PORTEUS,<br><br>        Defendant. | Case No.: CRIM 08-795 (PGS)<br><br>**ORDER DIRECTING THE RETURN OF PASSPORT TO PHILIP PORTEUS** |

**WHEREAS**, as a condition of defendant Philip Porteus's pretrial release, defendant surrendered his United States Passport to the United States Pretrial Services Agency;

**WHEREAS**, Philip Porteus requires his United States Passport as a necessary form of identification and means of proving Unites States citizenship;

**WHEREAS**, Philip Porteus requires his United States Passport as part of his application for a Transportation Worker Identification Credential;

**WHEREAS**, the Court sentenced Philip Porteus on February 13, 2009 to probation for a term of three (3) years;

**WHEREAS**, the United States Pretrial Services Agency will send Philip Porteus's United States Passport to the United States Department of State as early as Tuesday, April 14, 2009, if not

ordered to return said United States Passport to Philip Porteus by this Court prior to such date;

**WHEREAS**, the United States Pretrial Services Office, though Pretrial Services Officer Annette Gautier, having no objection to the release to Philip Porteus of his passport;

**WHEREAS**, the United States having no objection to the release to Philip Porteus of his passport; and good cause having been shown,

**IT IS** on this ⎯ day of April 2009,

**ORDERED THAT** defendant Philip Porteus's passport shall be returned to him forthwith upon receipt of this Order.

_____
Hon. Peter G. Sheridan, U.S.D.J.

-2-

I hereby consent to the form
and substance of this Order.

By: _____   TBS
Edward J. Dauber, Esq.
Counsel for Defendant Philip Porteus

By: _____
Erez Liebermann
Assistant United States Attorney